The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOEING EMPLOYEES' CREDIT UNION, ) <br> a Washington corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> P/C D'AMORE, Official Number ) <br> 1024632, her engines, tackle, apparel, ) <br> furniture and equipment, *In Rem,* and ) <br> MONTY SISSON and SHERELLE ) <br> SISSON, *In Personam,* ) <br> ) <br> Defendants. ) <br> _____) | IN ADMIRALTY <br><br> NO.   C09-5254-RJB <br><br> ORDER OF CHANGE <br> OF ARRANGEMENTS |

THIS MATTER having come on upon the Motion of plaintiff and the Court having considered the Motion and the Affidavit of Counsel submitted with it and being informed of the premises, now therefore it is

ORDERED that the Order Appointing Puglia Engineering, Inc. Substitute Custodian and Authorizing Movement of Vessel entered on May 1, 2009 is modified by deleting the paragraph which begins on Line 10 of Page 4 of that Order and

Order for Change of Arrangements (C09-5254-RJB) - 1

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400

substituting the following:

> IT IS FURTHER ORDERED that the defendant vessel may be moved by safe means from its present moorage to adequate, safe storage ashore at a facility in Tacoma, Washington. The Substitute Custodian shall notify the Office of the U. S. Marshal that the vessel is to be moved and shall again notify the Office of the U. S. Marshal when the vessel has been moved, hauled and is securely stored ashore. Once the vessel has been moved and stored ashore, it shall not be moved away from the storage facility or to any other facility without further Order of the Court.

And it is further

ORDERED that the Order Appointing Puglia Engineering, Inc. Substitute Custodian and Authorizing Movement of Vessel entered on May 1, 2009, is modified by deleting the paragraph which begins on Line 13 of Page 5 of the Order and substituting the following:

> IT IS FURTHER ORDERED that all authorized expenses, hereafter approved by the Court, for securing and conducting the inventory of the vessel in an amount not to exceed $400.00, for custody of the vessel and its equipment in an amount not to exceed $400.00 per month, for charges for towing the vessel, in an amount not to exceed $460.00, for haul out in an amount not to exceed $552.00, for storage ashore in an amount not to exceed $23.00 per day, for insurance on the vessel in an amount not to exceed $500.00 plus $270.00 per month for port risk hull insurance, and for charges of a locksmith, of a marine engineer, for cleaning and securing the vessel and for storing electronic equipment, which are incurred by the Substitute Custodian or plaintiff for the movement and safekeeping of the defendant vessel and its equipment, shall be deemed administrative expenses of the U. S. Marshal.

DATED this 6th day of July, 2009.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Order for Change of Arrangements (C09-5254-RJB) - 2

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400

Presented By:

s/Stan Loosmore
_____
Stan Loosmore, WSBA 6011
Attorney for Plaintiff


Approved By:


s/M. Stiltner
_____
for U. S. Marshal
Western District of Washington

Order for Change of Arrangements (C09-5254-RJB) - 3

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400

222-09009-13p

Order for Change of Arrangements (C09-5254-RJB) - 4

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400