The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOEING EMPLOYEES' CREDIT UNION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> P/C D'AMORE, Official Number 1024632, her engines, tackle, apparel, furniture and equipment, *In Rem,* and MONTY SISSON and SHERELLE SISSON, husband and wife, and their marital community, *In Personam,* <br><br> Defendants. | IN ADMIRALTY <br><br> NO. C09-5254-RJB <br><br> DEFAULT JUDGMENT *IN REM*, JUDGMENT FORECLOSING PREFERRED MARINE MORTGAGE AND ORDER OF SALE |

THIS MATTER having come on regularly upon the motion of plaintiff, and the Court, having considered the records and files herein and the Affidavit of Counsel submitted with the motion, and an Order of Default having been entered, now makes the following findings:

1. Plaintiff is entitled to a Default Judgment against the defendant

Default Judgment *In Rem*, Judgment Foreclosing Preferred Marine Mortgage and Order of Sale (C09-5254-RJB) - 1

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400

vessel, no answer or statement of right or interest having been filed; and

    2.    Plaintiff's claim under its preferred marine mortgage is superior to that of any other claimant.

NOW THEREFORE, IT IS

ORDERED that the preferred marine mortgage on the P/C D'AMORE, Official Number 1024632, her engines, tackle, apparel, furniture and equipment, in favor of Boeing Employees' Credit Union, is foreclosed; and it is further

ORDERED that Boeing Employees' Credit Union shall have judgment against the P/C D'AMORE, Official Number 1024632, her engines, tackle, apparel, furniture and equipment *In Rem* for $129,340.54, plus interest at the rate of $26.72 per day from April 13, 2009 through the date of entry of this judgment, plus attorneys' fees and costs and administrative expenses as subsequently approved by the Court; and it is further

ORDERED that the judgment granted shall bear interest at the federal rate from the date of granting of this judgment until paid; and it is further

ORDERED that the U. S. Marshal shall, pursuant to the rules of the United States District Court for the Western District of Washington, cause the P/C D'AMORE, Official Number 1024632, her engines, tackle, apparel, furniture and equipment, to be condemned and sold at public auction to the highest and best bidder, the sale to be held alongside the vessel on a date and at a time satisfactory to the U. S. Marshal to be determined after entry of this Order; and it is further

ORDERED that at such sale, Boeing Employees' Credit Union, plaintiff, is authorized to bid in any part of the judgment and accrued interest here awarded without cash deposit, and that, in the event the bid of Boeing Employees' Credit Union, plaintiff, is the highest and best bid, the amount of such bid shall be

Default Judgment *In Rem*, Judgment Foreclosing Preferred Marine Mortgage and Order of Sale (C09-5254-RJB) - 2

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400

credited on the judgment here awarded; and it is further

ORDERED that the U. S. Marshal shall deposit the proceeds of the sale, if any, in the Registry of the Court and the Clerk shall, after having paid all costs and administrative expenses as approved by subsequent Order, pay to Boeing Employees' Credit Union, plaintiff, so much of the balance remaining as is necessary to satisfy the judgment here awarded, and the clerk shall retain the remainder of the proceeds, if any, in the Registry of the Court subject to further Order.

DATED this 11th day of August, 2009.

*[signature: Robert J. Bryan]*
ROBERT J. BRYAN
United States District Judge

Presented by:

_____
Stan Loosmore, WSBA #6011
Attorney for Plaintiff

Approved by:

_____
for U. S. Marshal
Western District of Washington

223-09009-7p

Default Judgment *In Rem*, Judgment Foreclosing Preferred Marine Mortgage and Order of Sale (C09-5254-RJB) - 3

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400